UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

RAMON JAQUEZ, *on behalf of himself and all others*  :
*similarly situated*,                                    :
                                       :

                   Plaintiff,        :           21 Civ. 2437 (JPC)
                                       :

           -v-                     :           ORDER
                                       :

AWESOME OFFICE, INC.                  :
                                       :

                   Defendant.      :
                                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff Ramon Jaquez filed this action on March 19, 2021.  Dkt. 1.  On April 12, 2021, the Court granted Defendant's request to extend the time to respond to the Complaint to May 13, 2021 to allow the parties additional time to engage in settlement discussions.  Dkt. 10.

To date, Defendant has not responded to the Complaint and Plaintiff has not moved for default judgment.  By no later than July 11, 2021, the parties shall submit a joint status letter, describing the status of this case.  If Plaintiff fails to update the Court as to the status of this litigation, the Court may dismiss the action *sua sponte* for failure to prosecute.  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . . .").

SO ORDERED.

Dated: June 14, 2021
     New York, New York                         JOHN P. CRONAN
                                       United States District Judge