IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

                              Plaintiff,

                    -v-

AWESOME OFFICE, INC.,

                              Defendant.

Civil Case Number:  1:21-cv-02437-JPC

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby

stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-

captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        June 9, 2021

_____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Ramon Jaquez*

_____
Ryan T. Benson, Esq.
O'HAGAN MEYER LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: (312) 422-6100
Email: rbenson@ohaganmeyer.com

*Attorneys for Defendant*
*Awesome Office, Inc.*

Plaintiff has provided a stipulation of voluntary dismissal with prejudice against
Defendant under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows a plaintiff
to dismiss an action without a court order. *See* Fed. R. Civ. P. 41(a)(1)(B) (permitting
notice of dismissal with prejudice).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Date: June 16, 2021

New York, New York

_____
JOHN P. CRONAN
United States District Judge